■ Eric Dubow, an Infant, by His Mother and Natural Guardian, Andrea S. Dubow, et al., Appellants, v North Shore University Hospital et al., Respondents, et al., Defendants. — Order of the Supreme Court, Nassau County (Christ, J.), dated June 8, 1983, affirmed, without costs or disbursements. No opinion. ¶ Respondents' time to serve their answers is extended until 20 days after service upon them of a copy of the order to be made hereon, with notice of entry. Thompson, J. P., Bracken, Rubin and Eiber, JJ., concur.